# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                        **Case No. 6:07-cr-107-Orl-28GJK**

**MARIA ADAMES,**

        **Defendant.**

## ORDER

This case is before the Court on Defendant's Motion to Appeal In Forma Pauperis (Doc. No. 1470) filed April 25, 2013. The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 4, 2013 (Doc. No. 1471) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant's Motion to Appeal In Forma Pauperis (Doc. No. 1470) is **DENIED**.

    3.    The Court certifies that the appeal is not taken in good faith and the Defendant shall pay the appellate filing fee within 14 days from the date of this order.

DONE and ORDERED in Chambers, Orlando, Florida this ___14___ day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party